IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:14CR374 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| VERONICA VALVERDE-GALINDO, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on the motion to continue by defendant Veronica Valverde-Galindo (Valverde-Galindo) (Filing No. 43).  Valverde-Galindo seeks a sixty-day continuance of the trial of this matter which was scheduled for April 27, 2015.  Valverde-Galindo's counsel represents Valverde-Galindo will file an affidavit whereby Valverde-Galindo consents to the motion and acknowledges she understands the additional time may be excludable time for the purposes of the Speedy Trial Act.  Valverde-Galindo's counsel represents that government's counsel has no objection to the motion.  Upon consideration, the motion will be granted.

    **IT IS ORDERED:**

    1.    Valverde-Galindo's motion to continue trial (Filing No. 43) is granted.

    2.    Trial of this matter is re-scheduled for **June 29, 2015,** before Senior Judge Joseph F. Bataillon and a jury.  The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial.  The additional **time** arising as a result of the granting of the motion, i.e., the time between **April 17, 2015, and June 29, 2015,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B).

    DATED this 17th day of April, 2015.

                                BY THE COURT:

                                s/ Thomas D. Thalken
                                United States Magistrate Judge