IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>VERONICA VALVERDE-GALINDO,<br><br>                Defendant. | 8:14CR374<br><br>ORDER |

       This matter is before the Court on a Request for Transcript by a nonparty, Filing No. 59. The request for the transcript is made by a non-party, Charles S. Ellison, as to defendant, Veronica Valverde-Galindo. The request asks for the court reporter to transcribe the sentencing hearing held on October 6, 2015. The Court finds the request should be granted.

       THEREFORE, IT IS ORDERED THAT:

       1.     The Request for Transcript (Filing No. 59) is granted.

       2.     The nonparty petitioner, Charles S. Ellison, must contact court reporter Rogene Schroder at (402) 661-7383 or roschrod79@yahoo.com to make arrangements for the preparation and payment of the transcript.

       3.     The Clerk's Office is ordered to mail a copy of this order to the nonparty's address pursuant to Filing No. 59.

       Dated this 19th day of October, 2015

                                                                        BY THE COURT:

                                                                        s/ Joseph F. Bataillon
                                                                        Senior United States District Judge